USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIVA STEIN,

                Plaintiff,

      v.

MARRONE BIO INNOVATIONS, INC.,
ROBERT A. WOODS, KEVIN HELASH,
LARA L. LEE, PAMELA G. MARRONE,
PH.D., YOGEST MAGO, KEITH
MCGOVERN, ZACHARY S. WOCHOK,
PH.D., and STUART WOOLF,

                Defendants.

No. 22-CV-3978 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the recent filing of the related case *Siler v. Marrone Bio Innovations, Inc. et al.*, No. 22-cv-5336, the initial conference in this action is rescheduled to August 26, 2022 at 2:30 p.m. so that it may be held jointly with the initial conference in *Siler*. The parties' joint letter and proposed case management plan are due by August 19, 2022.

    Plaintiff is directed to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:    July 6, 2022
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge